IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| HECTOR PACHECO-MORALES | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv263 |
| KEVIN DELT, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Hector Pacheco-Morales, proceeding *pro se*, filed this civil rights lawsuit. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends that plaintiff's motion for voluntary dismissal be granted and this lawsuit dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge [Dkt. 12] is ADOPTED as the opinion of the Court. Plaintiff's motion for voluntary dismissal [Dkt. 11] is GRANTED. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 20th day of May, 2022.**

Michael J. Truncale
United States District Judge